*Prepared and submitted by:*
David N. Wolf (6688)
Karthik Nadesan (10217)
Snell & Wilmer L.L.P.
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, UT 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

*Attorneys for Defendant Ford Motor Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| COBY J. FOSTER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>    Defendant. | JOINT MOTION AND STIPULATION FOR AN ORDER OF DISMISSAL OF FORD MOTOR COMPANY WITH PREJUDICE<br><br>Case No. 2:06cv00503<br><br>Judge: Tena Campbell |

    Plaintiffs Coby J. Foster, Allstate Insurance Company, and Fire Insurance Exchange, and Defendant Ford Motor Company, through their respective counsel, hereby stipulate and jointly move this Court for an Order dismissing all of Plaintiffs' claims against Defendant Ford Motor Company, with prejudice, and on the merits, each party to bear their respective attorneys fees and costs.

    The basis for this motion is that the claims alleged in Plaintiffs' complaint against the Defendant Ford Motor Company have been compromised and fully settled.

DATED this 6th day of July, 2007.

                Snell & Wilmer L.L.P.

                /s/ David N. Wolf
                David N. Wolf
                Karthik Nadesan
                Attorneys for Defendant
                Ford Motor Company

DATED this 5th day of July, 2007.

                /s/ Thomas M. Regan
                Thomas M. Regan
                Scott M. Lilja
                Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July, 2007, I caused a true and correct copy of the foregoing to be served on the following parties by using the CM/ECF system, which sent notification of such filing to the following:

>Thomas M. Regan
>COZEN AND O'CONNOR
>501 West Broadway, Suite 1610
>San Diego, California 92101-3536
>tregan@cozen.com
>
>Scott M. Lilja
>VAN COTT, BAGLEY, CORNWALL & McCARTHY
>50 South Main Street, Suite 1600
>Salt Lake City, Utah 84144
>slilja@vancott.com

_____

448419.1